# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**WILLIAM M. MCCOOL**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

April 29, 2003

**DOCKETED**

RE: <u>CIV 02-2187 PHX JWS</u>

Dear Tony Anastas:

Pursuant to the Order of this Court, the above mentioned cause of action is being transferred to your Court for all further proceedings. Enclosed is the original case file, together with certified copies of the transfer order and docket sheet.

Please acknowledge receipt of same and indicate your district's case number on the enclosed copy of this letter and return. Thank you.

**RICHARD H. WEARE, DCE/CLERK**

By: *[signature]*
Deputy Clerk

cc: All Counsel

**Receipt is acknowledged of the documents described herein.**

New Case Number: 03-CV-40084 NMG

Clerk, U.S. District Court

By: *Sherry Jones*
Deputy Clerk

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

**Law Office of Eric G. Bjotvedt, P. C.**
5025 N. Central Ave., #411
Phoenix, Arizona 85012
Tel: 602.809.4449
Facsimile: 661.455.3837
STATE BAR NO. 0019679

☑ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

OCT 3 1 2002

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ S DEPUTY

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| AIOL All India On Line, Pvt.Ltd.<br>International Science and Technology, Inc.<br>Prabhu Mohapatra, individually and as owner<br>and founder,<br>  Plaintiffs,<br>v.<br><br>Anil Kumar Chawla and<br>spouse, Himani Chawla<br>jointly and severably,<br><br>  Defendants. | CIV '02  2187 PHX JWS<br><br>CIV<br><br>CIVIL COMPLAINT<br><br>03 - 40084 NMG |

### PARTIES

1. Plaintiffs are residents of Maricopa County with place of business in Maricopa County

2. Defendants are husband and wife and residents of Shrewsbury, Massachusetts.

### JURISDICTION

3. This court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 1331 and 1332.

### COMPLAINT

#### Count I
#### VIOLATION OF THE ANTICYBERSQUATTING CONSUMER PROTECTION ACT ("ACPA") 15 U.S.C. § 1125(d).

4. Defendants registered the domain name allindiaonline.com with Network Solutions, Inc in February 1999 knowing that they did not own the trademark rights to the name. Network Solutions has a history of being sued in connection with cybersquatting issues.



5. Defendants are aware of the existence of the widely known company, AIOL All India On Line, Pvt. Ltd. (AIOL) which operates in the country of India and in the United States.

6. Defendants were asked to discontinue use of the domain name by AIOL and they subsequently shut the website down but retained the domain name.

7. Defendants were asked several times to transfer their ownership of the domain name to Plaintiff since Defendants had no legitimate interest in the domain name or right of ownership over the domain name.

8. Defendants ignored the requests only stating that they are being harassed by Plaintiff. Defendants were asked one last time to transfer the domain name and were given until October 31, 2002 to comply in order to avoid legal action. In response, defendant, Anil Chawla, filed a frivolous claim of action against Prabhu Mohapatra and Sanjay Sangani demanding $300,000. See attached copy of court filing. Service of process, however, has not been perfected as of this date.

9. Defendants registered for the domain name, allindiaonline.com with the full knowledge that they have no legitimate business use for it and that Plaintiffs are the legitimate owners of the trademark and tradename on a first use right basis since 1997.

10. Defendants are also aware that Plaintiffs currently own the following domain names: allindiaonline.net, allindiaonline.co.uk, allindiaonline.in, and allindiaonline.org some of which were voluntarily transferred to Plaintiffs in response to cease and desist letters mailed to the then owners of those names.

11. The tradename "All India On Line" is a legitimate part of the commerce conducted by Plaintiffs.

12. Defendants are engaging in cybersquatting with the intent of extorting compensation from

Plaintiffs in exchange for transfer of the domain name. Defendants have no intellectual property rights in the domain name, the domain name consists entirely of the legal name of Plaintiffs company, Defendants had no prior use of the domain name in connection with any bona fide offering of any goods or services, Defendants have not used the domain name but have provided misleading, if not false, information in registering the domain name, and Defendants are aware of how widely known the name in the domain name is, especially in India.

13. Defendants never had reasonable grounds to believe that the use of the domain name was fair use and use that was lawful.

14. Defendants' bad-faith, intentional violation of the ACPA, notwithstanding their notice of such violation, triggers certain liabilities and remedies.

## Count II
### INTENTIONAL INTERFERENCE WITH PLAINTIFF CAUSING LOSS OF BUSINESS

15. Plaintiffs incorporate by reference the allegations numbered 1 through 14 above and alleges as follows:

16. Plaintiffs have been unable to market his business via the domain name owned by Defendant. The TLD of ".com" is extremely marketable because ".com" is the primary TLD.

17. Consumers visiting Defendants' domain name have become confused, or led to believe no such business exists or exists any longer, or diverted potential customers from purchasing

services.

18. As a result of Defendants' acts and omissions, Plaintiffs have suffered the loss of opportunity to promote and generate business through the highly desireable, preferable, and popular, primary TLD domain name of allindiaonline.com.

## PRAYER FOR RELIEF

19. WHEREFORE Plaintiffs respectfully request this court to award the following relief:

20. Injuction against Defendants from registering the domain name allindiaonline.com

21. Transfer of the domain name allindiaonline.com to Plaintiffs

22. Damages in the amount of $100,000 as provided by the ACPA

23. Damages for loss of business in the amount of $3,750,000

24. Punitive damages in the amount of $40,000,000

25. And any other relief the court deems fit

Respectfully submitted this 31st day of October 2002.

                                        Eric G. Bjotvedt
                                        Attorney for Plaintiffs

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
AIOL All India On Line, Pvt Ltd
International Science & Technology, Inc
Prabhu Mohapatra

**DEFENDANTS**
Anil Kumar Chawla
Hamani Chawla, spouse jointly & severably

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Maricopa
(EXCEPT IN U.S. PLAINTIFF CASES)

CIV '02  2187 PHX JWS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  UNK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Eric Bjotvedt
5025 N. Central Ave, #411
Phoenix, AZ 85012

ATTORNEYS (IF KNOWN)
None

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | ☒ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | **PERSONAL INJURY** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | ☐ 362 Personal Injury — Med. Malpractice | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| | ☐ 365 Personal Injury Product Liability | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| **REAL PROPERTY** | **PERSONAL PROPERTY** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 210 Land Condemnation | ☐ 370 Other Fraud | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 220 Foreclosure | ☐ 371 Truth in Lending | **PRISONER PETITIONS** | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 380 Other Personal Property Damage | ☐ 510 Motions to Vacate Sentence | | |
| ☐ 240 Torts to Land | ☐ 385 Property Damage Product Liability | **HABEAS CORPUS:** | | |
| ☐ 245 Tort Product Liability | **CIVIL RIGHTS** | ☐ 530 General | | |
| ☐ 290 All Other Real Property | ☐ 441 Voting | ☐ 535 Death Penalty | | |
| | ☐ 442 Employment | ☐ 540 Mandamus & Other | | |
| | ☐ 443 Housing/ Accommodations | ☐ 550 Civil Rights | | |
| | ☐ 444 Welfare | ☐ 555 Prison Condition | | |
| | ☐ 440 Other Civil Rights | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

15 USC §1125(d) and
Loss of Business

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ 43,850,000    CHECK YES only if demanded in complaint:  JURY DEMAND: ☐ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): NONE    JUDGE _____    DOCKET NUMBER _____

DATE  10/31/02

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____