Prabhu Mohaptra
16619 S. 37th Way
Phoenix, Arizona  85048
480.706.1417

May 29, 2003

Clerk of Court
United States District Court
Donohue Federal Building
595 Main Street
Worcester, MA  01608

**RE:    All India On Line, Pvt.Ltd. v. Anil and Himani Chawla**
**2003-CV-40084**

Dear Court Clerk:

Enclosed please find my original motion for summary judgment and four copies.  I was
represented by an attorney in Phoenix, Arizona but I do not want him to represent me anymore in
this matter.  I have terminated his services in this matter so please forward any and all
correspondence to my address above.  I have provided a copy to Plaintiff as indicated on the
proof of service.

Sincerely yours,

Prabhu Mohapatra

Enclosures

cc:

Anil Chawla
16 Shrewsbury Green Drive, Unit H
Shrewsbury, MA  01545